UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NSI INTERNATIONAL, INC.,

                        Plaintiff,

            - against -

MONA MUSTAFA,

                    Defendant *Pro Se*.

**ORDER**

CV 12-5528 (JFB) (AKT)

-------------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received the May 10, 2016 letter motion by *pro se* Defendant Mona Mustafa requesting permission to video record the May 26, 2016 hearing in this matter. DE 117. There are no video recordings for court appearances in this District or in any other district for a standard hearing. In light of the fact that a court reporter will be present and taking down the record during the May 26, 2016 hearing, the Court finds there is no good-cause basis to grant Defendant's request. Accordingly, Defendant's motion is DENIED.

      Plaintiff's counsel is directed to serve a copy of this Order on the *pro se* Defendant and to file proof of such service on ECF.

                                          **SO ORDERED.**

Dated: Central Islip, New York
       May 12, 2016

                                    /s/ A. Kathleen Tomlinson
                                    A. KATHLEEN TOMLINSON
                                    U.S. Magistrate Judge